```
            IN THE UNITED STATES DISTRICT COURT
               WESTERN DISTRICT OF ARKANSAS
                    FAYETTEVILLE DIVISION
```

UNITED STATES OF AMERICA                                    PLAINTIFF

    v.    Criminal Case No. 96-50001-001

DENNIS CORDES                                               DEFENDANT

<u>O R D E R</u>

Now on this 15th day of December, 2011, come on for consideration

\*   defendant's **Application To Proceed In District Court Without Prepaying Fees Or Costs** (document #329);

\*   **Magistrate Judge's Report And Recommendation** (document #332); and

\*   documents #334 and #335, construed as objections to the Report And Recommendation.

The Court has considered these documents, and finds that the Report And Recommendation is sound in all respects, and should be adopted *in toto*. Defendant's objections are without merit, consisting of frivolous arguments that have already been rejected, and will be overruled. The Application will be denied.

**IT IS THEREFORE ORDERED** that the **Magistrate Judge's Report And Recommendation** (document #332) is **adopted in toto.**

**IT IS FURTHER ORDERED** that defendant's objections to the Magistrate Judge's Report And Recommendation (document #333) are **overruled.**

**IT IS FURTHER ORDERED** that defendant's **Application To Proceed In District Court Without Prepaying Fees Or Costs** (document #329)

is **denied.**

    **IT IS SO ORDERED.**

                              <u>**/s/ Jimm Larry Hendren**</u>
                              **JIMM LARRY HENDREN**
                              **UNITED STATES DISTRICT JUDGE**